UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALTAMONTE PEDIATRIC
ASSOCIATES, P.A., a Florida
Corporation,

Plaintiff,

v.                                                         CASE NO.: 8:20-cv-00604-VMC-JSS

GREENWAY HEALTH, LLC, a
Delaware limited liability company,

Defendant.
_____/

**GREENWAY'S MEMORANDUM IN SUPPORT
OF PLAINTIFF'S RENEWED UNOPPOSED MOTION
FOR LEAVE TO AMEND THE COMPLAINT**

Defendant, Greenway Health, LLC, supports the relief requested in the Plaintiff's Renewed Motion for Leave to Amend the Complaint (Doc. 230) for three reasons.

First, as Plaintiff observes in its motion, although Greenway's contracts with its Prime Suite customers contain forum selection clauses setting venue in the Northern District of Georgia, in the parties' settlement agreement, and for settlement purposes only, Greenway waived its contractual venue objections to having cases involving its Prime Suite product heard in this Court. *See* Doc. 230 at 7; Doc. 212-1 ¶ 54.[1]

---

[1] Plaintiff's motion inadvertently cited the settlement agreement as filed at Doc. 211-1.

126473976

Second, consolidation is the only way to effectuate the settlement reached by the parties. To be clear, this is not a situation where the parties improperly are seeking to settle and extinguish classwide claims beyond those that have been litigated in the three cases. To the contrary, the settlement seeks to extinguish only those claims that "are based upon the same nucleus of fact as the claims in the Class Actions," (Doc. 212-1 ¶ 34 (Definition of Released Claims). *See Adams v. S. Farm Bureau Life Ins. Co.*, 493 F.3d 1276, 1285 (11th Cir. 2007) (in class actions, as in other cases, "[c]laim preclusion applies … to all legal theories and claims arising out of the same operative nucleus of facts"). And as Altamonte emphasizes in its motion, the settlement provides substantial monetary compensation to settlement class members.

Third, consolidation promotes efficient claims administration. If the three cases are not consolidated and a single claims process not established, the parties will have to revise their settlement agreement to effectuate settlement in three courts and create duplicative claims processes that may well cause confusion to settlement class members, particularly since some Greenway customers were both Intergy and Prime Suite customers at various times in the proposed class period.

The parties have negotiated for months, at arms' length, with the substantial assistance of Judge Holder, to reach the settlement for which Altamonte seeks preliminary approval. The Court may have questions about the settlement, which both Greenway and Plaintiff's counsel would be pleased to address, either at a status conference, hearing on preliminary approval, or a fairness hearing. However, Greenway respectfully believes that, at the appropriate time, when the Court conducts

its independent and careful review of the settlement terms, it will conclude, as Greenway has, that the settlement is fair, reasonable, and adequate.

In the meantime, because consolidation of the three class cases is a material term of the settlement, without which approval cannot be granted, Greenway fully supports Plaintiff's renewed motion for leave to amend the complaint.

Dated: July 9, 2021            **CARLTON FIELDS, P.A.**

                                   */s/ Adam P. Schwartz*
                                   Adam P. Schwartz
                                   Florida Bar No. 83178
                                   D. Matthew Allen
                                   Florida Bar No. 866326
                                   Joseph W. Swanson
                                   Florida Bar No. 29618
                                   Erin J. Hoyle
                                   Florida Bar No. 117762
                                   CARLTON FIELDS, P.A.
                                   P.O. Box 3239
                                   Tampa, FL 33601-3239
                                   Telephone: 813.223.7000
                                   Facsimile: 813.229.4133
                                   E-mail: aschwartz@carltonfields.com
                                   E-mail: mallen@carltonfields.com
                                   E-mail: jswanson@carltonfields.com
                                   E-mail: ehoyle@carltonfields.com

                                   ***Counsel for Greenway Health, LLC***